UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JASON CALVILLO,<br><br>        Petitioner,<br><br>  vs.<br><br>D.K. SISTO, et al.,<br><br>        Respondents.<br>_____/ | 1:08-cv-00419 OWW-TAG (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br>(Doc. 8) |

     On April 7, 2008, Petitioner filed letter request for appointment of counsel, which the Court construes as a motion for appointment of counsel. (Doc. 8).

     There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F. 2d 479, 481 (1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

     In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time. Accordingly, IT IS HEREBY ORDERED THAT Petitioner's motion for appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated: **April 9, 2008**                    **/s/ Theresa A. Goldner**
                                                    UNITED STATES MAGISTRATE JUDGE