IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JASON CALVILLO, | 1:08-cv-00419-OWW-TAG (HC) |
|       Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE |
|    vs. | ORDER TO SHOW CAUSE |
| D. K. SISTO,  et al., | |
|       Respondents. | (Doc. 12) |
| _____/ | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On June 10, 2008, petitioner filed a motion to extend time to file a response to the order to show cause.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a response.

IT IS SO ORDERED.

Dated:   **June 16, 2008**                                **/s/ Theresa A. Goldner**
                                                                    UNITED STATES MAGISTRATE JUDGE